McCALEB, Justice
(concurring).
I think the short answer to the proposition advanced by appellant is that, since the wife obtained the divorce in this case, the question of her fault is not material as the clear provisions of Article 160 of the Civil Code accord her the absolute right to permanent alimony if she has not sufficient means for her maintenance. It is only when the husband has obtained a divorce upon the ground that the parties have been living separate and apart for two years that the question of the wife’s fault may be made an issue in determining her right to alimony.
It may be that Article 160 of the Civil Code, as written, operates unfairly in cases where the divorce is granted solely on the ground of the parties living separate and apart for two years. That, however, is a matter which should be addressed to the Legislature for correction; the Court is obviously without authority to rewrite the Article.
I respectfully concur in the decree.